IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

EMILIO NOGUERO-MARRERO                                                    PETITIONER

v.                              NO. 2:05CV00099 JLH/JFF

LINDA SANDERS, Warden,
FCI Forrest City, Arkansas                                                RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and has further reviewed the relevant record *de novo*. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice for lack of subject matter jurisdiction upon Respondent's motion.

IT IS SO ORDERED this __9th__ day of September, 2005.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE